

WEISSMANN, WOLFF, BERGMAN, COLEMAN, SILVERMAN & HOLMES, LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
Julie B. Waldman (SBN 162502)
9665 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone: 310-858-7888
Fax: 310-550-7191

Attorneys for Counterdefendant
SCHOLASTIC ENTERTAINMENT INC.

Send
ENTER
86

ENTERED
CLERK, U.S. DISTRICT COURT
APR - 5 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
APR - 5 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2002 APR -4 PH 3: 05

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCHOLASTIC ENTERTAINMENT INC., a New York corporation,

Plaintiff,

v.

FOX ENTERTAINMENT GROUP, INC., a Delaware corporation, FOX CHILDREN'S NETWORK, INC., a Delaware corporation; FOX BROADCASTING COMPANY, a Delaware corporation; FOX FAMILY WORLDWIDE, INC., a Delaware corporation; FOX FAMILY CHANNEL, a division of INTERNATIONAL FAMILY ENTERTAINMENT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

---

FOX CHILDREN'S NETWORK, INC., a Delaware corporation, and FOX BROADCASTING COMPANY, a Delaware corporation,

Counterclaimants,

v.

SCHOLASTIC ENTERTAINMENT INC., a New York corporation, and ROES 1 through 50, inclusive,

Counterdefendants.

---

Case No. 01-08793 R (CTx)

*[Hon. Manuel L. Real]*

**~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION**

Hearing:
Date: April 1, 2002
Time: 10:00 a.m.
Place: Courtroom 8

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

116

The Court *sua sponte* hereby ORDERS the entire action dismissed, as this entire matter is being litigated in a state court action that pre-dates the filing of this action. As a result of the dismissal of the entire action, the Court hereby DENIES the following motions, as moot which came on for hearing on April 1, 2002: (1) Counterclaimants Fox Children's Network and Fox Broadcasting Company's Cross-Motion for Summary Adjudication of Copyright Infringement and Declaratory Relief Claims; (2) Counterdefendant Scholastic Entertainment Inc.'s Motion for Partial Summary Judgment; and (3) Counterdefendant Scholastic Entertainment Inc.'s Motion to Dismiss Counterclaimants' Declaratory Relief Claim for Lack of Subject Matter Jurisdiction.

DATED: April 15, 2002

JUDGE MANUEL L. REAL

PRESENTED BY:

WEISSMANN, WOLFF, BERGMAN,
COLEMAN, SILVERMAN & HOLMES, LLP

By: Michael Bergman
Michael Bergman
Attorneys for Counterdefendant
SCHOLASTIC ENTERTAINMENT INC.

**PROOF OF SERVICE**
1013A(3) C.C.P. Revised 5/1/88

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 9665 Wilshire Boulevard, Suite 900, Beverly Hills, CA 90212. On the date shown below, I served the foregoing **[PROPOSED] ORDER DISMISSING ENTIRE ACTION** as follows:

Robert C. Welsh, Esq.
Marci L. Smith, Esq.
Megan Bean, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
**Facsimile: (310) 246-6779**

___ **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Beverly Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___ **(BY OVERNIGHT EXPRESS)** I caused said document(s) to be delivered to the offices of the addressee(s) via U.S. Postal Overnight Express, next business-day delivery service, to the offices of the addressee(s)

___ **BY PERSONAL SERVICE** I caused such document(s) to be personally delivered to the offices of the addressee(s).

XX **FACSIMILE SERVICE** I caused such document(s) to be transmitted via facsimile to the offices of the addressees at the number listed above.

___ **BY FEDERAL EXPRESS** I caused such document(s) to be delivered via Federal Express, next business day priority service, to the office(s) of the addressee(s).

Executed on **April 4, 2002,** at Beverly Hills, California.

___ **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Janet Andre
Janet Andre