**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - APPEALS

Priority ✗

JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No: CV 01-8793 R                    Date and Filed: August 28, 2003
Court of Appeals No. 02-55667

Title: SCHOLASTIC ENTERTAINMENT, INC., v. FOX ENTERTAINMENT GROUP, INC., et al.

========================================================================

PRESENT:  HONORABLE MANUEL L. REAL, DISTRICT JUDGE

    Heidi M. Hricko                         N/A
    Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    N/A                                      N/A

PROCEEDINGS:   FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

___ IN COURT    ☒ IN CHAMBERS    ☒ (No hearing Necessary)    ☒ COUNSEL NOTIFIED

The Court ORDERS that the mandate of the Ninth Circuit Court of Appeals:

                      Vacated &
☒ Affirming       ___ Remanded              ___ Reversing and Remanding
___ Affirming in part, reversing in part    ___ Dismissing Appeal
___ Other: _____

is hereby filed and spread upon the minutes of this District Court.

___ The record reflects that costs of the prevailing party were taxed by Ninth Circuit Court of Appeals in the amount of $_____ on ___.

___ (Entered: _____)                          ___ MAKE JS-5

ENTERED ON ICMS
SEP 2 2003   Initials of Deputy Clerk ___
CV

MINUTE FORM CV 48
CIVIL MINUTES - APPEALS

127